**1110**

UNITED STATES of America,
Plaintiff–Appellee,

v.

Francisco Javier GASCA–RUIZ,
Defendant–Appellant.

United States of America,
Plaintiff–Appellee,

v.

Francisco Javier Gasca–Ruiz,
Defendant–Appellant.

Nos. 14–50342, 14–50343.

United States Court of Appeals,
Ninth Circuit.

Nov. 12, 2015.

Benjamin Joseph Katz, Special Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Vincent James Brunkow, Ryan V. Fraser, Federal Defenders of San Diego, San Diego, CA, for Defendant–Appellant.

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that these cases be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3.

Judge Owens did not participate in the deliberations or vote in these cases.